UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHELLE SORBER, TONY HERNANDEZ, DANIEL CHILDERS, DON HART, HAROLD DICKERSON, WILILIAM MELTON, MARGARET MELTON, ZIMMON WHITTER, MOSES SIFUENTEZ, JOHNNY JOHLKE, ARMANDO GONZALEZ, JERRY HEAD, HOWARD PERRY, AND MARTHA MOORE AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JULIUS MOORE,<br>*Plaintiffs*<br><br>v.<br><br>SECURITY WALLS, LLC,<br>*Defendant* | Case No. 1:18-CV-1088-SH |

**O R D E R**

This case has been reassigned to the undersigned Magistrate Judge, pursuant to the parties' consent. The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court **by telephone** for a status conference on **Wednesday, June 24, 2020 at 10 a.m.**

The parties should be prepared to agree to a new trial date during the conference. The Court intends to enter an amended scheduling order. Accordingly, the parties need not abide by any filing deadlines arising under the local rules based on the existing scheduling order (Dkt. 24).

The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

All future pleadings should be filed with "SH" after the cause number, as reflected above.

**SIGNED** on June 2, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE