# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MICHELLE SORBER, TONY HERNANDEZ, DANIEL CHILDERS, DON HART, HAROLD DICKERSON, WILLIAM MELTON, MARGRET MELTON, ZIMMON WHITTER, MOSES SIFUENTEZ, ARMANDO GONZALEZ, JERRY HEAD, HOWARD PERRY, and MARTHA MOORE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JULIUS MOORE,<br>*Plaintiffs*<br><br>v.<br><br>SECURITY WALLS, LLC,<br>*Defendant* | §§§§§§§§§§§§§§§§ | Case No. 1:18-CV-01088-SH |

## FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal (Dkt. 105), filed April 26, 2022. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties state that they have resolved their dispute and stipulate to dismissal of this action with prejudice.

The Court approves of the stipulation and hereby **ORDERS** that any and all claims asserted in the above-referenced action by Plaintiffs Michelle Sorber, Tony Hernandez, Daniel Childers, Don Hart, Harold Dickerson, William Melton, Margret Melton, Zinmon Whitter, Moses Sifuentez, Armando Gonzalez, Jerry Head, Howard Perry, and Martha Moore, as personal representative of the estate of Julius Moore, against Defendant Security Walls, LLC are hereby **DISMISSED WITH PREJUDICE**, with all costs and fees to be borne by the party incurring same.

Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58 and **ORDERS** the Clerk to **CLOSE** this case.

**SIGNED** on April 27, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE